Argued July 23, affirmed August 6, 1970

## STATE OF OREGON, *Respondent*, v.
## ROBERT WILLIAM PAOLA, *Appellant*.

473 P2d 690

*George V. Des Brisay*, Portland, argued the cause for appellant. With him on the brief were Franklin, Bennett, Des Brisay & Jolles, and Vincent G. Ierulli, Portland.

*Jacob B. Tanzer*, Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

This is a companion case to *State v. Shaw,* 3 Or App 346, 473 P2d 159, Sup Ct *review denied,* in which an opinion was handed down by this court on this date. The defendant in the case at hand makes two assignments of error.

His first assignment of error is that the evidence seized from the automobile in which he was apprehended should have been suppressed as the product of an unreasonable search. The search was held proper in *State v. Shaw,* supra.

■■ His second assignment of error is that certain prejudicial testimony was improperly admitted at the trial. He concedes that no objection to such evidence was made at trial. Absent manifest injustice, that which was not objected to in the trial court is not reviewable on appeal. *State v. Abel,* 241 Or 465, 406 P2d 902 (1965); *State v. Avent,* 209 Or 181, 302 P2d 549 (1956). There is no such showing in this case.

Affirmed.